# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SOUTHERN CRUZ LINES, INC.,,**

      **Plaintiff,**

-vs-                                            **Case No. 6:07-cv-314-Orl-31DAB**

**GARY R. SMITH,**

      **Defendant.**

_____

## ORDER

Plaintiff has moved for final default judgment (Doc. 11), seeking payment as follows:

| | |
|---|---|
| Principal | $ 986,418.62 |
| Interest through 6/1/07 | 73,562.34 ($907.67 + $72,645.67) |
| Costs | 395.00 ($350 + $45) |
| Total | $1,060,375.96 |

However, in its Motion, Plaintiff seeks a total sum of $1,053,505.90. (Doc. 11, p. 9)  Since these numbers do not add up, it is

    **ORDERED** that the motion is DENIED, without prejudice.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on June 18, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                      GREGORY A. PRESNELL
                                      UNITED STATES DISTRICT JUDGE